1

2

3

4

5

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11

12  MIGUEL RAMOS,                    )        NO. CV 17-7288-SVW(E)
                                     )
13                Plaintiff,         )
                                     )
14      v.                           )        JUDGMENT
                                     )
15  CITY OF MONTEREY PARK, et al.,)
                                     )
16                Defendants.        )
    _____)

17

18

19      IT IS ADJUDGED that the action is dismissed without prejudice.

20

21          DATED:  May 15, 2018, 2018.

22

23                                     _____

24                                         STEPHEN V. WILSON
                                       UNITED STATES DISTRICT JUDGE

25

26

27

28